UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE NUNEZ-GONZALES,<br><br>Defendant. | CASE NO.:   21CR0049-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

Pursuant to the joint motion filed, **IT IS HEREBY ORDERED** that the Motion Hearing and Trial Setting currently set for May 14, 2021, be continued to June 18, 2021, at 1:30 p.m. before Honorable Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: May 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge